FILED
2007 Sep-18 PM 12:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD H. KIRKSEY,            )<br>)<br>            Plaintiff,    )<br>)             CASE NO.:<br>v.                             )<br>)             CV-07-RRA-353-S<br>PETE GEREN, Acting Secretary  )<br>of the Army,                  )<br>)<br>            Defendant.    ) | |

**Memorandum Opinion**

On May 4, 2007, the defendant filed a motion to dismiss the complaint in its entirety. (Doc. 3). That motion is before the court at this time.

On August 20, 2007, the magistrate issued a report and recommendation in this matter. Although the plaintiff never filed an objection to the motion to dismiss and did not appear at the hearing on the motion, he did file objections to the report and recommendation. In his objections, the plaintiff states that he did not receive any of the court's previous orders regarding the motion to dismiss. In particular the plaintiff states he never received the order granting the him an extension of time to file a response to the motion, and the order setting a hearing on this matter. Apparently the plaintiff did receive the report and recommendation.

Court records reflect that a copy of all orders has been mailed to the plaintiff, on the date they were issued, to the address on file with the clerk. This is the same address the report and recommendation was mailed to.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections, the Court is of the opinion that the magistrate

judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, defendant's motion to dismiss is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE this the 18th day of September 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE